Chester C. GRIFFITHS,
Plaintiff–Appellant,

v.

Mr. HUGHES, United States Marshal,
Defendant–Appellee.

No. 10–6555.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 24, 2010.

Decided: July 1, 2010.

Chester C. Griffiths, Appellant Pro Se. Alex Gordon, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chester C. Griffiths appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Griffiths v. Hughes,* No. 1:09–cv–01657–JFM, 2010 WL 1257973 (D.Md. Mar. 26, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*